UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., ET AL<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>And<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>Defendant-Intervenors. | Before: Timothy M. Reif, Judge<br><br>Consol. Ct. No. 20-003885 |

### PLAINTIFFS' RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

Consolidated Plaintiffs Struxtur, Inc. ("Struxtur"), and Evolutions Flooring, Inc. ("Evolutions") hereby move pursuant to Rule 56.2 of this Court for Judgment upon the Agency Record and for remand of the U.S. Department of Commerce's ("Commerce") decision in Multilayered Wood Flooring From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2017 (November 17, 2020) ("Final Results").

Pursuant to the Court's Scheduling Order dated March 16, 2021 (Docket Item #39), this motion is timely filed.

In support of this motion, Struxtur and Evolutions hereby incorporate herein by reference and in full the arguments and the requests for relief as presented in the motions and briefs filed by all other plaintiffs and plaintiff-intervenors in this proceeding.

Respectfully submitted,

/s/ Gregory S. M<sup>c</sup>Cue
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-6421
*Counsel to Struxtur, Inc., and*
*Evolutions Flooring, Inc.*

May 14, 2020

## **CERTIFICATE OF COMPLIANCE**

      This brief has been prepared utilizing Microsoft Word and a proportionally spaced typeface (12-point Times New Roman). In accordance with this Court's Chambers Procedures and Scheduling Order, the undersigned certifies that this brief complies with applicable word limitations. Specifically, excluding exempted portions per the Chambers Procedures, and based on the word count feature in Microsoft Word, this brief contains 190 words.

/s/ Gregory S. McCue
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-6421
*Counsel to Struxtur, Inc., and*
*Evolutions Flooring, Inc.*

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., ET AL<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br> And<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>    Defendant-Intervenors. | Before: Timothy M. Reif, Judge<br><br>Consol. Ct. No. 20-003885 |

**ORDER**

Upon consideration of the Motion for Judgment on the Administrative Record filed by Consolidated Plaintiffs Struxtur, Inc., and Evolutions Flooring, Inc., and upon all other papers and proceedings herein, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the U.S. Department of Commerce's ("Commerce") final results of the 2017 administrative review of the countervailing duty order on Multilayered Wood Flooring from the People's Republic of China published as Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2017, 85 Fed. Reg. 76011 (Dep't Commerce Nov. 27, 2020) are not

supported by substantial evidence on the record and are otherwise not in accordance with law; and it is further

**ORDERED** that Commerce shall issue a revised determination in accordance with the decision of this Court.

**SO ORDERED.**

                                                                                                                                                                              _____

                                                              Timothy M. Reif, Judge

Dated: _____, 2021
          New York, New York