# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE:  Timothy M. Reif, Judge**

| | |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>Defendant-Intervenor. | Consol. Court No. 20-03885 |

## CONSOLIDATED PLAINTIFFS'
## 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

In accordance with Rule 56.2(d) of the Rules of the Court of International Trade, Consolidated Plaintiffs Metropolitan Hardwood Floors, Inc., Floor & Décor Holdings, Inc. Galleher Corp., Galleher LLC, and MCI International respectfully move for judgment on the agency record. Consolidated Plaintiffs herein are not filing a memorandum of points and authorities in support of this motion. Consolidated Plaintiffs herein agree with, and incorporate by reference, the arguments raised in the memoranda of points and authorities being filed by fellow Consolidated Plaintiffs Jiangsu Senmao Bamboo and Wood Industry Co., Ltd., Jiangsu Guyu International Trading Co., Ltd. ("Guyu") and Baroque Timber Industries (Zhongshan) Co., Ltd. ("Baroque Timber") in support of their 65.2 motions, insofar as they relate to the Counts I-IX raised in Consolidated Plaintiffs' Complaint.

Count I of Consolidated Plaintiffs' Complaint concerned the inappropriate selection Guyu as a mandatory respondent. Counts II – IX of Consolidated Plaintiffs' Complaint concerned Commerce's improper calculation of subsidies attributable to mandatory respondent Guyu.  Counts VIII and IX of Consolidated Plaintiffs' Complaint concerned Commerce's improper calculation of subsidies attributable to mandatory respondent Baroque Timber.

Any reduction in the net subsidy rates resulting from a decision of this Court will not impact only the rates mandatory respondents Guyu and Baroque Timber, but will impact the "all others" rate, an average of the mandatory respondents' rates, that applies to all other exporters under review who were not individually investigated.

                                                 Respectfully submitted,

                                                 /s/ *Ronald M. Wisla*
                                                 Lizbeth R. Levinson
                                                 Ronald M. Wisla
                                                 Brittney R. Powell

                                               FOX ROTHSCHILD LLP
                                               1030 15th Street, NW
                                               Suite 380 East
                                               Washington, DC  20005
                                                Tel:  (202) 794-1183
                                                Email:  rwisla@foxrothschild.com

Dated: May 14, 2021