UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., ET AL<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>And<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>Defendant-Intervenors. | Before: Timothy M. Reif, Judge<br><br>Consol. Ct. No. 20-003885 |

**PLAINTIFFS' REPLY BRIEF TO RULE 56.2 MOTION
FOR JUDGMENT ON THE AGENCY RECORD**

Consolidated Plaintiffs Struxtur, Inc. ("Struxtur"), and Evolutions Flooring, Inc. ("Evolutions") hereby file their reply briefs pursuant to Rule 56.2 of this Court for Judgment upon the Agency Record and for remand of the U.S. Department of Commerce's ("Commerce") decision in Multilayered Wood Flooring From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2017 (November 17, 2020) ("Final Results").

Pursuant to the Court's Order on Motion for Extension of Time to File Reply Brief dated September 1, 2021 (Docket Item #59), this motion is timely filed.

In support of this motion, Struxtur and Evolutions hereby incorporate herein by reference and in full the arguments and the requests for relief as presented in the reply briefs filed by all other plaintiffs and plaintiff-intervenors in this proceeding.

                                                                          Respectfully submitted,

                                                  /s/ Gregory S. M<sup>c</sup>Cue
                                                STEPTOE & JOHNSON, LLP
                                                1330 Connecticut Avenue, N.W.
                                                Washington, DC 20036
                                                Telephone: (202) 429-6421
                                                *Counsel to Struxtur, Inc., and*
                                                *Evolutions Flooring, Inc.*

<u>September 17, 2021</u>

**CERTIFICATE OF COMPLIANCE**

This brief has been prepared utilizing Microsoft Word and a proportionally spaced typeface (12-point Times New Roman). In accordance with this Court's Chambers Procedures and Scheduling Order, the undersigned certifies that this brief complies with applicable word limitations. Specifically, excluding exempted portions per the Chambers Procedures, and based on the word count feature in Microsoft Word, this brief contains 204 words.

/s/ Gregory S. M<sup>c</sup>Cue
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-6421
*Counsel to Struxtur, Inc., and Evolutions Flooring, Inc.*

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., ET AL<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>And<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>Defendant-Intervenors. | Before: Timothy M. Reif, Judge<br><br>Consol. Ct. No. 20-003885 |

**ORDER**

Upon consideration of the Motion for Judgment on the Administrative Record filed by Consolidated Plaintiffs Struxtur, Inc., and Evolutions Flooring, Inc., and upon all other papers and proceedings herein, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the U.S. Department of Commerce's ("Commerce") final results of the 2017 administrative review of the countervailing duty order on Multilayered Wood Flooring from the People's Republic of China published as Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2017, 85 Fed. Reg. 76011 (Dep't Commerce Nov. 27, 2020) are not

supported by substantial evidence on the record and are otherwise not in accordance with law; and it is further

**ORDERED** that Commerce shall issue a revised determination in accordance with the decision of this Court.

**SO ORDERED.**

_____
Timothy M. Reif, Judge

Dated: _____, 2021
        New York, New York