**CONFIDENTIAL**



CHAMBERS OF
TIMOTHY M. REIF
JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

August 11, 2022

**VIA CM/ECF**

Re: *Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. et al v. United States*
Court No. 20-03885

Dear Counsel:

It is the court's intention to issue the opinion in the above-captioned case as a redacted public document. The opinion contains confidential information (enclosed within double square brackets), which will be redacted prior to the issuance of the public opinion. The court does not believe that the opinion, as redacted, contains confidential information. However, out of an abundance of caution, the court asks the parties to review the opinion and inform the court in writing by 17:00 on August 18, 2022, whether any information not already redacted is confidential and should be redacted in the public version, or whether any redacted information can remain public.

The slip opinion contains 45 instances of bracketed confidential information. The court does not consider that all of the bracketed information in the slip opinion constitutes Business Confidential Information. Considering the significant amount of confidential information in the slip opinion, the court has highlighted in green the text between brackets that the court does not consider constitutes Business Confidential Information. The court would like to receive the parties' views as to whether the information should remain bracketed.

If either party considers that any additional information should be redacted from the public version, please identify the information or statement and explain the basis for the proposed redaction.

If meeting this deadline will impose an unreasonable hardship, please inform the court immediately. Please feel free to contact my case manager, Ms. Cynthia Love, at (212) 264-2923, with any questions. Thank you for your assistance and cooperation.

Sincerely,

/s/ Timothy M. Reif
_____
Timothy M. Reif, Judge