# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., ET AL., ) ) ) ) | |
| Plaintiffs, Consolidated Plaintiffs, and Plaintiff-Intervenors, ) ) ) | |
| v. ) ) | |
| UNITED STATES, ) | Consol. Court No. 20-03885 |
| Defendant, and ) ) ) | |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING ) ) ) ) | |
| Defendant-Intervenors. ) ) ) | |

## RESPONSE OF FINE FURNITURE (SHANGHAI) LIMITED AND DOUBLE F LIMITED REGARDING REDACTIONS TO COURT'S OPINION AND ORDER

Pursuant to the Court's instructions in its letter dated August 11, 2022 (ECF No. 86), plaintiffs and plaintiffs-intervenors Fine Furniture (Shanghai) Limited and Double F Limited ("Fine Furniture") respectfully submit this response regarding redactions to information included in the Court's opinion and order on that same date (ECF No. 85). Fine Furniture defers to the sound opinion of the other parties in this appeal whose data was directly cited by the Court and who are in the best position to comment on the confidential treatment of such information.

Dated: August 18, 2022

Respectfully submitted,
/s/ Kristin H. Mowry
Kristin H. Mowry
Sarah M. Wyss

2

MOWRY & GRIMSON, PLLC
5335 Wisconsin Ave., NW, Suite 810
Washington, DC 20015
202.688.3610 (ph)
202.595.8968 (fax)
trade@mowrygrimson.com
*Counsel to Fine Furniture*