IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD., *et al.*, | ) ) ) |
| Consolidated Plaintiffs, | ) ) |
| and | ) ) |
| FINE FURNITURE (SHANGHAI) LIMITED, *et al.*, | ) ) ) |
| Plaintiff-Intervenors, | ) ) |
| v. | ) ) Consol. Ct. No. 20-03885 |
| UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, | ) ) ) |
| Defendant-Intervenor. | ) ) |

ORDER

Upon consideration of defendant's unopposed motion for voluntary remand to the Department of Commerce for further consideration of its respondent selection practice, it is hereby

ORDERED that defendant's motion is granted, and that this matter is remanded to

2

Commerce for further consideration of the respondent selection decision at issue in this case; and it is further

ORDERED that Commerce shall file remand results with the Court no later than 45 days from the date of this order; and it is further

ORDERED that briefing on those remand results shall proceed pursuant to United States Court of International Trade Rule 56.2(h).

/s/ Timothy M. Reif
Timothy M. Reif, Judge

Dated: February 14, 2023
New York, NY

2