UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., *et al.*, | )<br>)<br>) |
| *Plaintiffs,* and | ) |
| BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD., *et al.* | )<br>) |
| *Consolidated Plaintiffs*, and | ) Consol. Court No. 20-03885 |
| FINE FURNITURE (SHANGHAI) LIMITED, *et. al.* | )<br>) |
| v. | ) |
| UNITED STATES, | ) |
| *Defendant*, and | ) |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, et al. | )<br>) |
| *Defendant-Intervenors*. | ) |

## CONSOLIDATED PLAINTIFFS' COMMENTS ON REMAND REDETERMINATION

Consolidated Plaintiffs, Struxtur, Inc. ("Struxtur") and Evolutions Flooring Inc. ("Evolutions") file this comment on the U.S. Department of Commerce's ("Commerce") remand determination (Docket Item # 118 and 119) concerning Multilayered Wood Flooring From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2017, 85 Fed. Reg. 76,011 (November 27, 2020).

Commerce's remand determination was filed with this court on March 31, 2023. Pursuant to the Court's order dated February 14, 2023 (Docket Item # 114), and Court rules 56.2(h)(2) and 6(a)(1)(C), this comment is timely filed within 30 days after the date of filing of the remand determination.

In support of this comment, Struxtur and Evolutions hereby incorporate herein by reference and in full the arguments and requests for relief as presented in the comments on the Department's remand redetermination filed by all other plaintiffs, plaintiff-intervenors, and/or consolidated plaintiffs in this consolidated proceeding.

Respectfully submitted,

/s/ Gregory S. M<sup>c</sup>Cue
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-6421
*Counsel to Struxtur, Inc. and Evolutions Flooring, Inc.*

May 1, 2023

# CERTIFICATION PURSUANT TO STANDARD CHAMBER PROCEDURES

    Pursuant to Standard Chamber Procedure 2(B)(2), I, Gregory S. McCue, certify the foregoing Comment on Remand Redetermination, filed by Consolidated Plaintiffs, Struxtur, Inc. ("Struxtur") and Evolutions Flooring Inc. ("Evolutions"), complies with the word count limitations of Standard Chamber Procedure 2(B)(1). This comment contains 155 words, excluding the parts of the comments exempted by Standard Chamber Procedure 2(B)(1). In making this certification I have relied on the word count feature of the word-processing software used to prepare the brief.

/s/ Gregory S. McCue
Gregory S. McCue
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-6421

Counsel to Struxtur, Inc. and Evolutions Flooring, Inc.

May 1, 2023