## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| **JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., ET AL.,**<br><br>    Plaintiffs,<br><br>**and**<br><br>**FINE FURNITURE (SHANGHAI) LIMITED, ET AL.,**<br><br>    Plaintiff-Intervenors,<br><br>and<br><br>**BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD., ET Al,**<br><br>    Consolidated Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant,<br><br>**and**<br><br>**AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,**<br><br>    Defendant-Intervenor. | Consol. Court No. 20-03885 |

## PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

   Notice is hereby given that Riverside Plywood Corp., and Baroque Timber Industries

(Zhongshan) Co., Ltd., consolidated plaintiffs in the above-captioned action, appeal to the United

States Court of Appeals for the Federal Circuit from the final judgment and order entered in this

1

action on September 11, 2025, *Jiangsu Senmao Bamboo & Wood Indus. Co. Ltd., v. United States*, Judgment (Ct. Int'l Trade, September 11, 2025), and from all underlying opinions, rulings, and orders adverse to consolidated plaintiffs.

                                                        Respectfully submitted,

                                                        <u>/s/ Irene H. Chen</u>
                                                        Irene H. Chen
                                                        VCL Law LLP
                                                        1945 Old Gallows Rd., Ste 260
                                                        Vienna, VA 22182
                                                        Tel (301) 760-7393
                                                        Email: ichen@vcllegal.com

Date: October 28, 2025                                  *Counsel to Consolidated Plaintiffs*